| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Craig G. Margulies (SBN 185925)<br>*Craig@MarguliesFaithLaw.com*<br>Monsi Morales (SBN 235520)<br>*Monsi@MarguliesFaithLaw.com*<br>**margulies FAITH, LLP**<br>16030 Ventura Blvd., Suite 470<br>Encino, California 91436<br>Telephone: (818) 705-2777<br>Facsimile:   (818) 705-3777<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Darrell Derrick Maag | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>Northern</u> DIVISION**

| In re:<br><br>DARRELL DERRICK MAAG,<br><br><div align="right">Debtor(s).</div><br><br>SOUTHERN CALIFORNIA RESEARCH, LLC and DARRELL DERRICK MAAG,<br><br><div align="right">Plaintiff(s),</div><br>vs.<br>SOUTHWESTERN RESEARCH, INC.,<br><br><div align="right">Defendant.</div> | CASE NO.:   9:22-bk-10023-DS<br>CHAPTER: 11<br>ADVERSARY NO.:  9:22-ap-01012-DS<br><br>**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):   **<u>STIPULATION FOR ENTRY OF JUDGMENT FOR AVOIDANCE, RECOVERY AND PRESERVATION OF PREPETITION TRANSFERS UNDER 11 U.S.C. §§ 547(b), 550(a) and 551</u>** |
|---|---|

PLEASE TAKE NOTE that the order or judgment titled **<u>STIPULATED JUDGMENT FOR AVOIDANCE, RECOVERY AND PRESERVATION OF PREPETITION TRANSFERS UNDER 11 U.S.C. §§ 547(b), 550(a) and 551</u>** was lodged on (*date*) <u>February 24, 2023,</u> and is attached.  This order relates to the stipulation which is docket number <u>45</u>

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 1                                  F 9021-1.2.ADV.NOTICE.LODGMENT

CRAIG G. MARGULIES (SBN 185925)
Craig@MarguliesFaithLaw.com
MONSI MORALES (SBN 235520)
Monsi@MarguliesFaithLaw.com
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Counsel for Darrell Derrick Maag

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

In re:

DARRELL DERRICK MAAG,

Debtor.

SOUTHERN CALIFORNIA RESEARCH, LLC and DARRELL DERRICK MAAG,

Plaintiffs,

v.

SOUTHWESTERN RESEARCH, INC.,

Defendant.

Case No.: 9:22-bk-10023-DS

Chapter 11

Adv. No.: 9:22-ap-01012-DS

**STIPULATED JUDGMENT FOR AVOIDANCE, RECOVERY AND PRESERVATION OF PREPETITION TRANSFERS UNDER 11 U.S.C. §§ 547(b), 550(a) and 551**

Pursuant to the *Stipulation for Entry of Judgment for Avoidance, Recovery and Preservation of Prepetition Transfers Under 11 U.S.C. §§ 547(B), 550(A) and 551*, which is incorporated herein by this reference,

**IT IS HEREBY ORDERED** that:

1. Judgment is entered in favor of Plaintiff Maag and against Defendant on the First, Third and Fourth Claims for Relief in the *First Amended Complaint for (1) Avoidance of Preferential Transfers pursuant to 11 U.S.C. § 547; (2) Recovery of Preferential Transfers pursuant to 11 U.S.C. § 550; (3) Preservation of Avoided Transfers pursuant to 11 U.S.C. § 551; and (4) Disallowance of any Claims Held by*

*Defendant pursuant to 11 U.S.C. § 502(d)* (the "FAC"), as set forth below;

2. The liens, if any, created and/or perfected by the following instruments, documents, and/or orders, each as defined in the FAC and referred to collectively herein as the "Liens", are avoided as preferential transfers pursuant to 11 U.S.C. § 547(b):

   a. The *Notice of Judgment Lien* filed on or about October 25, 2021, with the State of California Office of the Secretary of State, as File No. U210096510724, listing "Darrell Maag" as the judgment debtor;

   b. The A*bstract of Judgment – Civil and Small Claims* issued in the SRI Action in favor of Defendant and against the Plaintiffs on or about November 1, 2021, naming "Darrell Maag," "Southern California Research, LLC" and "John Murphy, M.D." as debtors, which Abstract of Judgment was recorded in the Ventura County Clerk-Recorder as Abstract No. 2021001978181 and in the Los Angeles County Recorder's Office as Abstract No. 20211804889; and

   c. The Order issued by the State Court on or about November 22, 2021, directing Plaintiff Maag to appear for a judgment debtor examination on January 14, 2022, which Order was served on or about December 21, 2021;

3. The Maag Levies, as defined in the FAC and in the amount of $336.66, are avoided as preferential transfers pursuant to 11 U.S.C. § 547(b);

4. Plaintiff Maag is entitled to recover from the Defendant the property transferred by the Liens and the Maag Levies pursuant to 11 U.S.C. § 550(a);

5. Plaintiff Maag is entitled to preserve the avoided Liens and Maag Levies for the benefit of his bankruptcy estate;

6. Plaintiff Maag's Fifth Claim for Relief under the FAC, for disallowance of Defendant's Claim No. 7 pursuant to 11 U.S.C. § 502(d), is hereby dismissed;

7. The Second, Third, Fourth and Fifth Claims for Relief in the FAC asserted by Plaintiff Southern California Research, LLC, are not affected by this Stipulated

1 | Judgment; and
2 |     8.    Parties (Plaintiff Darrell Maag and Defendant Southwestern Research, Inc.)
3 | shall each bear their own fees and costs for this adversary proceeding.
4 | **IT IS SO ORDERED.**
5 | ###

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16030 Ventura Boulevard, Suite 470, Encino, California 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 24, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    **ATTORNEY FOR CREDITOR:** J Scott Bovitz     bovitz@bovitz-spitzer.com
    **ATTORNEY FOR DEFENDANT:** Donald Cornwell   don@doncornwell.com
    **ATTORNEY FOR PLAINTIFF:** Craig G Margulies     Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
    **ATTORNEY FOR US TRUSTEE:** Kristin T Mihelic     kristin.t.mihelic@usdoj.gov
    **ATTORNEY FOR PLAINTIFF** Monserrat Morales     Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
    **ATTORNEY FOR PLAINTIFF: James R Selth**     jim@wsrlaw.net, jselth@yahoo.com;vinnet@ecf.inforuptcy.com
    **United States Trustee (ND)**     ustpregion16.nd.ecf@usdoj.gov
    **ATTORNEY FOR PLAINTIFF: Daniel J Weintraub**     dan@wsrlaw.net, vinnet@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) February 24, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**: Pursuant to Hon. Deborah J. Saltzman instructions, judge's copies are not required unless requested by the Court.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2023 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**